# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: 4:20CR18

VENNY GREEN,
      Defendant.

## ORDER

      The Court held an Initial Appearance and Arraignment in this case on April 9, 2020. The Government moved for detention. Defendant was facing extradition to both Virginia and South Carolina on outstanding warrants. Defendant requested and received additional time in which to prepare for his detention hearing. Doc 12. On April 14, 2020, Defendant filed a motion to vacate the detention hearing on the grounds that such a hearing would be a fruitless exercise in light of the pending state warrants. Doc. 16. The motion to vacate is **GRANTED**. If the Defendant wishes to petition for bail/pre-trial release pursuant to 18 U.S.C. § 3142, he remains able to do so when and if the status of his state warrants change.

      The Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant is to be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility is to deliver Defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

      So ORDERED this 14th day of April 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA